UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause Number: 4:24-cr-00374-JAR-SRW |
| ) | |
| **KENNETH C. SPARKS**, **III,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER

COMES NOW Defendant KENNETH C. SPARKS, III, by and through undersigned counsel, pursuant to 18 U.S.C. § 3142(f)(2), and requests that the Court reconsider its order to detain him pending trial. In support, Defendant states to the Court as follows:

1. On August 22, 2024, an Order of Detention Pending Trial was entered in this matter [Doc. 68].

2. Since the entry of that Order, Defendant's circumstances have changed and new facts and information exist which have a material bearing on the issue(s) to be determined at a detention hearing.

3. Mr. Sparks' health has deteriorated substantially since the Order of Detention was entered. This deterioration is the result of health conditions that existed at the time of the Order but have since gone untreated; as well as new, serious health problems that are the result of a vicious attack suffered by Mr. Sparks while in custody.

4. Mr. Sparks has chronic high blood pressure. This condition has worsened and has not been adequately treated since he has been in custody. On June 12, 2025, a motion hearing

was scheduled in this matter. Due to acute symptoms of Mr. Sparks' blood pressure condition, he was unable to attend the hearing and it had to be reset [Doc. 317]. On that date, Mr. Sparks was taken to the hospital by authorities in response to his medical issue; though he was not ultimately admitted.

5. Mr. Sparks also suffers from a high blood sugar condition. Prior to his incarceration, he was being treated by way of prescribed insulin. Since his incarceration, despite communicating this issue to medical staff in his facility, he has not received any insulin treatment for his blood sugar. He sometimes self-treats his condition by foregoing meals.

6. On February 21, 2025, Mr. Sparks suffered a violent attack while in custody. Mr. Sparks was in his bunk when, unprovoked, another inmate entered his cell and physically assaulted him; punching and hitting him first in the back of the head, then kicking and hitting him in his body and legs. The assailant also verbally threatened to kill Mr. Sparks and his family.

7. The bruising and swelling of Mr. Sparks' head and neck were immediate; as were other symptoms such as bruising, pain and soreness in his legs. Various other symptoms have persisted over the longer term, including headaches, ringing in the ears, trouble moving his hands, and an inability to stand for longer than about five minutes. Mr. Sparks uses a wheelchair for mobility and during court appearances, etc.

8. Mr. Sparks also has a "clicking" in his neck, which he was told was related to the trouble with his hands during a visit with a doctor. The same doctor has also previously ordered physical therapy for his symptoms, as well as ordered or discussed ordering steroid injections to treat the leg issues. To date, neither of these treatments have been provided to Mr. Sparks.

9. As a result of the foregoing, Mr. Sparks is a) not a flight risk; b) not a danger to the community; and c) should be ordered released on bond pending trial or resolution in this matter so that he may seek proper treatment for his health issues.

WHEREFORE, Defendant respectfully moves this Court for its Order granting his Motion to Reconsider Detention; setting a hearing for Defendant to be heard on the issues relating to detention and raised herein; and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

KESSLERWILLIAMS, L.L.C.

*/s/ Daniel J. Nolan*

Daniel J. Nolan, Missouri Bar # 60922MO

*Attorney for Defendant*
1401 South Brentwood Boulevard
Suite 500
Saint Louis, Missouri 63144
(314) 455-5555
daniel.nolan@kesslerwilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 17th day of November, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney in this matter.

*/s/ Daniel J. Nolan*
Daniel J. Nolan