UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:24-cr-00374-JAR |
| v. | ) | |
| | ) | |
| NAKEESHA D. LONG, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STAY PENDING**
**PARTICIPATION IN THE PRE-TRIAL DIVERSION PROGRAM**

Comes now the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman, Assistant United States Attorney for said District, and Defendant Nakeesha D. Long ("Defendant"), by and through her counsel, Talmage E. Newton, IV, and moves to stay the pending charge against the Defendant, for up to 12 months, and in support states as follows:

1. On March 2, 2026, the United States Attorney's Office, the Defendant, after consultation with her counsel, and the United States Pretrial Services Office agreed for the Defendant to enter into the Pre-Trial Diversion Program, which is administered by the Pretrial Services office.

2. The agreement of the parties is memorialized in a written "Agreement for Pretrial Diversion," which has been signed by all parties.

3. The Defendant has executed a Speedy Trial Waiver which is attached to the present Motion.

4. Should the Defendant violate the terms of the Agreement for Pretrial Diversion and be terminated from the Program, the United States Attorney's Office would move the Court to lift the stay and place the case back onto the Court's docket for disposition.

5. The parties have submitted a Proposed Order with this Motion.

6. The parties will file a joint status report no later than March 2, 2027, to update the Court as to the Defendant's completion of the Program. Should the Defendant be terminated before the completion of the Program, the United States Attorney's Office will notify the Court forthwith.

WHEREFORE, The United States respectfully requests the Court to stay the pending proceedings for a term of up to 12 months to allow the Defendant to participate in the Program.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
Assistant United States Attorney

/s/*Talmage E. Newton, IV*
TALMAGE E. NEWTON, IV
Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon defense counsel on March 10, 2026.

/s/ *Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
Assistant United States Attorney