UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:24-cr-00374-JAR |
| v. | ) | |
| | ) | |
| NAKEESHA D. LONG, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Motion to Stay the Case filed jointly by the Government and Defendant Nakeesha D. Long, requesting the case be stayed for twelve (12) months to allow the Defendant time to participate in the Pretrial Diversion program. Defendant has filed a waiver of speedy trial for the duration of her term in the Pretrial Diversion program. Based upon the Motion and speedy trial waiver, all further proceedings will be stayed during Defendant's participation in Pretrial Diversion. I find, pursuant to 18 U.S.C. § 3162(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act.

**IT IS HEREBY ORDERED** that the Motion to Stay the Case is **GRANTED**. This case shall be stayed with respect to Defendant Nakeesha D. Long.

**IT IS FURTHER ORDERED** that the parties shall file a status report on or before March 11, 2027.

Dated this 11th day of March, 2026.

John A. Ross
HON. JOHN A. ROSS
UNITED STATES DISTRICT JUDGE