**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24CR00374JAR |
| | ) | |
| KENNETH C. SPARKS, III, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Defendant, having been found guilty following a jury trial in this matter, is remanded to the custody of the United States Marshals Service pending sentencing in this matter.

**IT IS FURTHER ORDERED** that the sentencing as to Defendant **Kenneth C. Sparks, III** is set for **Tuesday, December 1, 2026 at 1:30 p.m. in Courtroom 3 North.**

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report is **November 17, 2026.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses, the names, general nature of the testimony, and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before the sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

Dated this 26th day of November, 2026.

John A. Ross

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**